UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EDWIN A. GEOGHEGAN, JR.,          *
                                  *    CIVIL ACTION NO. 15-cv-4653
            PLAINTIFF             *
                                  *    SECTION "E"
VERSUS                            *
                                  *    MAG. 2
JEFFREY BARRAD and                *
ZACH M. GYLER,                    *
                                  *
            DEFENDANTS            *
_____   *

## AMENDED RESPONSE TO CLERK'S DIRECTIVE

(1)    **A List of All Parties Still Remaining in this Action**

Edwin A. Geoghegan, Jr.
Plaintiff
1226 1st Street
New Orleans, Louisiana 70130
Attorney:
Evan Park Howell, III
248-A Orion Avenue
Metairie, Louisiana 70005

Jeffrey Barrad
Defendant
6200 E. Spring Street, Suite C
Long Beach, California 90815
Attorneys:
Mark S. Goldstein
Alicia M. Bendana
Of counsel, Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P.
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139

Zack M. Gyler
Defendant
P.O. Box 201445
Arlington, Texas 76006

**(2)    Copies of All Pleadings, Including Answers, Filed by Those Parties in State Court**

Attached.

**(3)    Copies of the Return on Service of Process on Those Parties Filed in State Court**

Attached.

Respectfully submitted:


*/s/ Alicia M. Bendana*
MARK S. GOLDSTEIN (6098)
ALICIA M. BENDANA (21472)
Of counsel, LOWE, STEIN, HOFFMAN,
 ALLWEISS & HAUVER, L.L.P.
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF

participants.  I further certify that I mailed the foregoing document and notice of electronic filing by

first-class mail to all non-CM/ECF participants.


*/s/ Alicia M. Bendana*
ALICIA M. BENDANA

2