UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWIN A. GEOGHEGAN, JR. | CIVIL ACTION |
| VERSUS | NO. 15-4653 |
| JEFFREY BARRAD, et al | SECTION "E" (2) |

## ORDER OF PARTIAL DISMISSAL

The record reflects that the plaintiff has failed to show good cause why service of process has not been effected upon defendant Zach M. Gyler (R. Doc. 11).

Accordingly,

IT IS ORDERED that the claims of plaintiff against defendant Zach M. Gyler are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this  23rd   day of December, 2015.


_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE