UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWIN A. GEOGHEGAN, JR., | * | |
| | * | CIVIL ACTION NO. 15-cv-4653 |
| PLAINTIFF | * | |
| | * | SECTION "E" |
| VERSUS | * | |
| | * | MAG. 2 |
| JEFFREY BARRAD and | * | |
| ZACH M. GYLER, | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |

**ORDER**

On considering the foregoing Motion to Dismiss;

**IT IS HEREBY ORDERED** that plaintiff's claims against Jeffrey Barrad in the above captioned matter be, and they are hereby, dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 29th day of June, 2016.

_____
JUDGE